# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: **PERAZA MEDINA, TOMAS** DEBTOR(S) | CASE NUMBER: 11-04127-**BKT** (Chapter 7) NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| Residential property located at Urb. Las Virtudes, 690 Confianza St. in San Juan, Puerto Rico. This property consists of three (3) bedrooms, one (1) bathroom, living room, dining room, kitchen and garage. | $125,000.00 | 102,755.00 | 22,245.00 | 0.00 |

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| **2006 Ford Taurus,** | $ 5,336.00 | 102,755.00 | 22,245.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

4. Any objection to this abandonment must be filed in writing with the Court and served within fourteen (14) days of the mailing of this notice.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Date: <u>June 24, 2011</u>                    <u>s/ Wigberto Lugo Mender</u>
                                                                    Wigberto Lugo-Mender, Trustee
                                                                    Centro Internacional De Mercadeo
                                                                    Rd 165 Torre I Suite 501
                                                                    Guaynabo, PR  00968
                                                                    Tel. (787) 707-0404
                                                                    Fax. (787) 707-0412